Dated: 21 April 2011  02:15 PM

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO.
03-4, KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ Jessica Griffin
      **Deputy Clerk**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Benjamin Hogan<br>XXX-XX-2881 | ) Chapter 13 Case No. 11-10390-B<br>)<br>) Hon. Randolph Baxter<br>) |
| | Debtor | ) |

## ORDER DISMISSING CASE AND RELEASING
## INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon all the matters scheduled for hearing on April 14, 2011.

The objection to confirmation filed by the Chapter 13 Trustee is sustained.

IT IS HEREBY ORDERED that confirmation of the plan is denied, and the case is hereby dismissed, based upon the Court's finding(s) that:

The Debtor is in material default in filing the papers required to prosecute the case and to achieve confirmation of the Plan.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Steven M Palmer, Attorney for Debtor (served via ECF)

Benjamin Hogan, Debtor
775 East 254th St
Euclid OH 44132

Pcc Airfoils Inc., Employer
Attn: Payroll, 29501 Clayton Rd.
Wickliffe OH 440920000


CS/bas
04/21/11